**Order filed March 25, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00755-CV
_____

## DONOVAN MITTELSTED, Appellant

## V.

## DENISE MCCLURE MERIWETHER AND DARLA MCCLURE SANDS, Appellees

---

**On Appeal from the County Court at Law No. 3**
**Brazoria County, Texas**
**Trial Court Cause No. PR39333**

---

## ORDER

Before this court is an emergency motion filed by appellant to stay trial court proceedings in order to protect funds on deposit with the trial court's registry. The motion states, in relevant part, that appellant intended those funds to be held as a

deposit in lieu of a supersedeas bond, and unless trial court proceedings are stayed, the deposited funds will be released to another party while this appeal is pending.[1]

The court finds a temporary stay is warranted while appellant's emergency motion is considered. Accordingly, proceedings associated with this case in the trial court are hereby STAYED, including actions to release funds appellant deposited with the trial court's registry. Appellees are directed to file a response to appellant's emergency motion within **7 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.

---

[1] Appellant has contemporaneously filed another motion, titled as a motion to review denial of request for supersedeas bond, seeking a substantive review of the trial court's actions regarding those funds.